**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JESSE FRANKLIN                                                                                              PLAINTIFF

v.                                              5:13CV00193-JMM-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                              DEFENDANT

## ORDER

The Clerk of the Court shall issue Summons to Social Security Administration, U.S. Attorney and U.S. Attorney General. The United States Marshal shall serve a copy of the Complaint (Doc. No. 1) and Summons without prepayment of fees and costs or security therefore.

SO ORDERED this 9th day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE